E-FILED
Wednesday, 13 April, 2005  02:02:01 PM
Clerk, U.S. District Court, ILCD

FILED
APR 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD L. FULLER, ) | |
|     Plaintiff, ) | |
| ) | |
| -vs- ) | Civil Action No. 05-3085 |
| ) | |
| ) | |
| WARDEN, LARRY T. SIMS, et al., ) | |
|     Defendant(s). ) | |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff, Richard L. Fuller, moves for an Order Appointing Counsel to represent him in this cause. In support of his Motion Plaintiff states:

1. Plaintiff has remained incarcerated consistently since March 1991, and is currently restrained his liberty at the Lawrence Correntional facility, County of Lawrence.

2. Plaintiff cannot afford a lawyer and has requested to proceed In Forma Pauperis in this case.

3. Plaintiff contends that he has absolutely No knowledge or experience in legal writing, nor is he familiar with concepts or proper applications of the law. The Plaintiff is, however, extremely fortunate to have acquired the assistance of an experienced, if you will, "jailhouse lawyer" who assisted in writing my entire law suit. Further, due to the frequency by which prisoners are relocated at the prison's and or transferred to other Institutions——that there is no absolute certainty that the person writing this Complaint will be available for future follow-up, hence, ask this Court to appoint counsel to conduct future litigation in this matter.

4. Plaintiff's continued imprisonment may greatly limit his ability to litigate this case. At some point this case will likely involve substantial investigation as well as discovery. At this location the Plaintiff currently receive at best maybe six (6) hours per month access to law library time.

5. A lawyer could help the Plaintiff to effectively respond to pleadings and properly apply the law before the Court. Plaintiff has never before been a party to a Civil proceeding.

6. A trial in this case would likely involve conflicting testimony which would require the expertise of an attorney to perfect, thus, Plaintiff humbly ask this Court to Appoint Counsel to represent him this matter.

**WHEREFORE,** Plaintiff respectfully request this Court Appoint Counsel to represent him in this case.

Respectfully submitted, this __30th__ Day of __March__, 2005.

*Richard L. Fuller*
RICHARD L. FULLER