# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

| | |
|---|---|
| RICHARD L. FULLER, ) | |
| Plaintiff, ) | |
| ) | United States Court |
| v. ) | of Appeals for the |
| ) | Seventh Circuit |
| LARRY T. SIMS, et al., ) | APPEAL NO. 3:05-cv-3085 |
| Defendant(s). ) | |

## PETITION FOR LEAVE TO FILE AND PROCEED ON APPEAL
## IN FORMA PAUPERIS

I, __Richard L. Fuller__,
plaintiff/petitioner do hereby move this Court for leave to file the above entitled cause in forma pauperis; said motion is supported by the attached affidavit of financial status.

*Richard L. Fuller*
**Plaintiff/Petitioner**

File this completed form with the:    United States Court of Appeals
                                      219 S. Dearborn Street, Suite 2722
                                      Chicago, IL  60604
                                      ATTN: PRISONER/PRO SE CLERK

Revised 5/20/99

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS**
United States Court of Appeals
for the Seventh Circuit

Richard L. Fuller,                ) Appeal from the United States District Court for the
                                  ) Central _____ District of Illinois _____
                                  )
v.    Case No. 3:05-cv-3085       ) District Court No. _____
                                  )
                                  ) District Court Judge Harold A. Baker
                                  )

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: *Richard L Fuller*

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: June 17, 2005

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 00 | $ N/A | $ 00 | $ N/A |
| Self-employment | $ 00 | $ | $ 00 | $ |
| Income from real property (such as rental income) | $ 00 | $ | $ 00 | $ |
| Interest and dividends | $ 00 | $ | $ 00 | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ 00 | $ | $ 00 | $ |
| Child support | $ 00 | $ | $ 00 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 00 | $ | $ 00 | $ |
| Disability (such as social security, insurance payments) | $ 00 | $ | $ 00 | $ |
| Unemployment payments | $ 00 | $ | $ 00 | $ |
| Public-assistance (such as welfare) | $ 00 | $ | $ 00 | $ |
| Other (specify): _____ | $ 00 | $ | $ 00 | $ |
| Total monthly income: | $ | $ | $ | $ |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| (Incarcerated for the past twelve (12) years) | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| (Same) | N/A | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE   N/A | | Make & year: _____ |
| | | Model: _____ |
| | | Registration # _____ |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: ___N/A___ | | |
| Model: _____ | | |
| Registration # _____ | | |

3

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ]No  Is property insurance included? [ ] Yes [ ]No | $ 00 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 00 | $ |
| Home maintenance (repairs and upkeep) | $ 00 | $ |
| Food | $ 00 | $ |
| Clothing | $ 00 | $ |
| Laundry and dry-cleaning | $ 00 | $ |
| Medical and dental expenses | $ 00 | $ |
| Transportation (not including motor vehicle expenses | $ 00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 00 | $ |

4

| | | |
|---|---|---|
| Life | $ 00 | $ |
| Health | $ 00 | $ |
| Motor vehicle | $ 00 | $ |
| Other: N/A | $ 00 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 00 | $ |
| Installment payments | $ 00 | $ |
| Motor Vehicle | $ 00 | $ |
| Credit card (name): | $ 00 | $ |
| Department store (name): | $ 00 | $ |
| Other: | $ 00 | $ |
| Alimony, maintenance, and support paid to others | $ 00 | $ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 00 | $ |
| Other (specify): | $ 00 | $ |
| Total monthly expenses: | $ 00 | $ |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No   If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

N/A

5

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: 12/20/2004 thru End;　Inmate: B35426;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: B35426 Fuller, Richard**　　　**Housing Unit: LAW-R3-BL-04**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 06/01/2005 | 049177 | Disb | B35426 Library | 2 | DOC - Library Cop | $0.80 |
| 06/07/2005 | 049248 | Disb | B35426 Library | 2 | DOC - Library Cop | $0.15 |
| | | | | | **Total Restrictions:** | **$0.95** |

Date: 6/20/2005
Time: 9:21am
d_list_inmate_trans_statement_composite

3:05-cv-03085-HAB-CHE    # 5    Page 7 of 9

Lawrence Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/20/2004 thru End;   Inmate: B35426;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B35426  Fuller, Richard**                                **Housing Unit: LAW-R3-BL-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
|  |  |  |  |  | Beginning Balance: |  | 4.58 |
| 01/14/05 | Payroll | 20 Payroll Adjustment | 014134 |  | P/R month of 12/2004 | 14.40 | 18.98 |
| 01/18/05 | Point of Sale | 60 Commissary | 018725 | 96754 | Commissary | -14.14 | 4.84 |
| 01/24/05 | Point of Sale | 60 Commissary | 024731 | 98014 | Commissary | -4.54 | .30 |
| 02/07/05 | Payroll | 20 Payroll Adjustment | 038134 |  | P/R month of 01/2005 | 14.40 | 14.70 |
| 02/14/05 | Point of Sale | 60 Commissary | 045731 | 100318 | Commissary | -12.48 | 2.22 |
| 02/28/05 | Point of Sale | 60 Commissary | 059731 | 102392 | Commissary | -1.40 | .82 |
| 03/02/05 | Mail Room | 01 MO/Checks (Not Held) | 061219 | 1149267 | Fuller, Catherine | 50.00 | 50.82 |
| 03/07/05 | Point of Sale | 60 Commissary | 066731 | 103195 | Commissary | -44.87 | 5.95 |
| 03/07/05 | Payroll | 20 Payroll Adjustment | 066134 |  | P/R month of 02/2005 | 13.82 | 19.77 |
| 03/14/05 | Disbursements | 80 Postage | 073334 | Chk #10699 | 047997, DOC: 523 Fund Reimburs, Inv. Date: 03/07/2005 | -.37 | 19.40 |
| 03/24/05 | Mail Room | 01 MO/Checks (Not Held) | 083219 | 1149268 | Fuller, Catherine | 50.00 | 69.40 |
| 03/28/05 | Point of Sale | 60 Commissary | 087731 | 106123 | Commissary | -18.77 | 50.63 |
| 04/04/05 | Point of Sale | 60 Commissary | 094731 | 107207 | Commissary | -8.16 | 42.47 |
| 04/11/05 | Point of Sale | 60 Commissary | 101725 | 107785 | Commissary | -21.12 | 21.35 |
| 04/14/05 | Disbursements | 81 Legal Postage | 104334 | Chk #11008 | 048389, DOC: 523 Fund Reimburs, Inv. Date: 04/06/2005 | -4.75 | 16.60 |
| 04/14/05 | Disbursements | 80 Postage | 104334 | Chk #11008 | 048326, DOC: 523 Fund Reimburs, Inv. Date: 03/30/2005 | -.37 | 16.23 |
| 04/14/05 | Disbursements | 81 Legal Postage | 104334 | Chk #11008 | 048484, DOC: 523 Fund Reimburs, Inv. Date: 04/14/2005 | -1.98 | 14.25 |
| 04/15/05 | Payroll | 20 Payroll Adjustment | 105134 |  | P/R month of 03/2005 | 13.59 | 27.84 |
| 04/18/05 | Point of Sale | 60 Commissary | 108725 | 108701 | Commissary | -14.83 | 13.01 |
| 04/29/05 | Disbursements | 84 Library | 119334 | Chk #11184 | 048486, DOC - Library Copies, Inv. Date: 04/15/2005 | -1.95 | 11.06 |
| 04/29/05 | Disbursements | 84 Library | 119334 | Chk #11184 | 048336, DOC - Library Copies, Inv. Date: 03/31/2005 | -11.00 | .06 |
| 05/09/05 | Payroll | 20 Payroll Adjustment | 129134 |  | P/R month of 04/2005 | 13.82 | 13.88 |
| 05/16/05 | Point of Sale | 60 Commissary | 136725 | 112676 | Commissary | -10.96 | 2.92 |
| 05/31/05 | Point of Sale | 60 Commissary | 151725 | 114843 | Commissary | -1.58 | 1.34 |
| 05/31/05 | Disbursements | 84 Library | 151334 | Chk #11543 | 048871, DOC - Library Copies, Inv. Date: 05/12/2005 | -.05 | 1.29 |
| 06/06/05 | Payroll | 20 Payroll Adjustment | 157134 |  | P/R month of 05/2005 | 14.40 | 15.69 |
| 06/13/05 | Point of Sale | 60 Commissary | 164725 | 116505 | Commissary | -12.73 | 2.96 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 2.96 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .95 |
| **Funds Available:** | 2.01 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I do not have a spouse and have never been married. Due to the duration of my ongoing incarceration (12) years - family relations have become estranged. I primarily rely on my monthly State Stipend for my basic support which is menial.

13. State the address of your legal residence.

Richard L. Fuller -- Register No. #B-35426

Lawrence Corr. Ctr., Rural Route 2, Box 31

Sumner, Illinois  62466-9507

Your daytime phone number: (618) 936-2064

Your age: 38  Your years of schooling: 10

Your social-security number: 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

6

IN THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS,
SPRINGFIELD DIVISION
FOR THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RICHARD L. FULLER, ) | |
| Plaintiff, ) | Civil Action No. 3:05-cv-03085 |
| -VS- ) | |
| ) | Hon. |
| ) | Harold A. Baker, |
| LARRY T. SIMS, et al., ) | Judge Presiding. |
| Defendant(s). ) | |

P R O O F   O F   S E R V I C E

To: Clerk of the U.S. District Court                Clerk of the United States Court of
for the Central District of Illinois,    Appeals, Gino J. Agnello:
Springfield Division                               219 S. Dearborn Street - Ste. 2710-A
151 Federal Building                               Chicago, IL  60604
600 E. Monroe St.
Springfield, IL  62701

Illinois Attorney General,
Lisa Madigan:
500 South Second St.
Springfield, IL  62706

   Please take special notice that on the 17 Day of June, 2005, the Plaintiff mailed-filed the original copy of the attached Notice of Appeal, In Forma Pauperis application and a brief statement of the issues he will be presenting on appeal - to the Clerk of the U.S. District Court at the address above, and forwarded a duplicate copy of the same to the Clerk of the U.S. Court of Appeals and the Office of the Illinois Attorney General at their respective addresses above.

STATE OF ILLINOIS  )
                   ) SS     /s/ Richard L. Fuller
COUNTY OF LAWRENCE )            RICHARD L. FULLER

AFFIDAVIT OF SERVICE

   I, Richard L. Fuller, declare, under penalties as provided by law pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109 of the Code of Civil Procedure, that I am the named party to this legal action, have read the attached documents and attest to the statements and information therein is true and correct - except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true; mailed from the Lawrence Corr. Ctr. on the 17 Day of June, 2005.

/s/ Richard L. Fuller
RICHARD L. FULLER