E-FILED
Tuesday, 28 June, 2005 02:04:53 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 2 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
_____Central_____ DISTRICT OF ILLINOIS
_____Springfield_____ DIVISION

_____Richard L Fuller_____ )
Plaintiff(s)/Petitioner(s)/Appellant(s) )
)
) Case No. 05-CV-3085
v. )
)
_____Warden, Larry T Sims, et al.,_____ )
Defendant(s)/Respondent(s)/Appellee(s) )

MOTION FOR EXTENSION OF TIME

NOW COMES the Plaintiff/Petitioner/Appellant and moves this Court for an extension of time in which to file his _____Response to Courts May 25-05 Order_____

In support of this motion, Plaintiff/Petitioner/Appellant states as follows:

1. That the above referenced document currently is due to be filed on or before _____6-25-05_____.
2. That he is an inmate incarcerated at the Lawrence Correctional Center in Sumner, Illinois.
3. That the Lawrence Correctional Center is currently on Lockdown Status.
4. That due to the institution's lockdown status his access to law library resources is temporarily reduced.
5. That because of this, he will need more time in which to prepare the above referenced document.

WHEREFORE, the Plaintiff/Petitioner/Appellant requests that this Court grant him an extension of ___7-25-05___ days in which to file the above referenced document.

I hereby state under penalty of perjury that I am the _____Petitioner_____ in the above action, that I have read the above motion and that the information contained therein is true and correct to the best of my knowledge in accordance with 28 USC 1746 and 18 USC 1621.

Respectfully submitted,

*Richard L Fuller*
Register No. _____B35426_____
Lawrence Correctional Center
Post Office Box
Sumner, Illinois 62466

SD428