UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
312-435-5850

FILED
JUL 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    05-2908                    Docketed on: 6/29/05
Short Caption:          Fuller, Richard L. v. Sims, Larry T.
District Court Judge:   Harold A. Baker
District Court No.:     05 C 3085

If you have any questions regarding this appeal, please call this office.

(1003-012490)