UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RICHARD L. FULLER,

    Plaintiff,

v.      05-CV-3085

LARRY T. SIMS,
STEPHANIE GETTLEMAN,
LT. TURLEY, and,
ROGER E. WALKER,

    Defendants.

## ORDER

On May 25, 2005, the court conducted a merit review and concluded that the plaintiff's 42 U.S.C. Section 1983 claims against the named defendants were barred by *Heck v. Humphrey* and progeny (d/e 3). The plaintiff seeks leave to proceed on appeal in forma pauperis regarding that ruling. (d/e 5).

Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith. An appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. The court does not see a good faith basis for the appeal. The plaintiff has already given his reasons for the appeal in his notice of appeal, but he will be given an additional opportunity to submit a statement of his grounds for appealing, in accordance with *Celske v. Edwards*, 164 F.3d 396 (7th Cir. 1999).

On a separate matter, in its merit review order the court gave the plaintiff 30 days to file an amended complaint regarding the prison conditions he suffered at Pontiac and Lawrence. The plaintiff has not done so. Accordingly, the case will be terminated.

IT IS THEREFORE ORDERED:

1)     The plaintiff shall have 21 days from the date of this order to file a brief informing the court of his grounds for appealing.

2)     The clerk of the court is directed to forward a copy of this order to the United States Court of Appeals for the Seventh Circuit.

3)     The clerk is directed to moot the plaintiff's petition to proceed *in forma pauperis* (d/e 1) and motion to appoint counsel (d/e 2) as moot, in light of the appeal.

4)     The plaintiff's motion for an extension to respond to the court's May 25th order is denied (d/e 6), as that ruling is now on appeal.

5)     The clerk is directed to close this case.

Enter this 27th day of July, 2005.

    s\Harold A. Baker
    _____
    HAROLD A. BAKER
    UNITED STATES DISTRICT JUDGE