05-3085

8-3-05

Dear Judge Baker,

FILED
AUG 0 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I write this letter with truly sincere respect for you and your decision concerning my complaint. Sir, you said in your correspondence to my complaint that you <u>do not</u> feel that <u>I</u> am filing the Petition in good faith.

Well sir, <u>I</u> would beg the differ. <u>I</u> did all <u>I</u> could do to try an resolve the matter before this all took place and as you know the record shows this to be true.

<u>I</u> have no legal insight so there was no reason for myself to go after any one for no good reasons. <u>I</u> was clearly and wrongfully charged with charges that the Department of Corr's own definition <u>dose not</u> support their own claim and they are being held as though they acted justly.

Sir, if it is myself you have to go off of as believing I ask that you believe nothing other then the truth which are the documents that I have tryed to put forth showing the wrong conduct taken against me.

And if I may humbly in good faith, What did the prison officials have to base its wrong doing on?

So with that being said may the creator continue to guide you in your decisions.

Sincerely
Richard L. Fuller