E-FILED
Thursday, 15 September, 2005  09:35:37 AM
Clerk, U.S. District Court, ILCD

To The Circuit Court of the
Seventh (7Th) Judicial Circuit
Sangmon County, State
of Illinois

Richard L. Fuller
Plaintiff

—vs—

Roger E. Walker
Larry T. Sims
℅ Stephaine Gettleman
Lieutenant Turley

Honorable Judge Baker

Case No. 3:05-cv-3085

FILED
SEP 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion for Guidance

Now comes the Plaintiff Richard L. Fuller pro se, asking this Honorable Court for guidance and in support thereof states as follows;

1. The undisputed facts in this case show that I was in discussion with other inmates and was talking about a T.V. show which showed well known Xtreme Martial Artist, Grand Master Rod Shacharnoski and Sharey McGreger as well as a host of other students performing exhibition moves on one another.

I was seeking information, We were talking concerning the program. And in doing so the word twat was heard as the report stated.

This fails to constitute sexual Misconduct or Intimidation as a matter of law.

3. The witnesses were not considered which clearly violated and deny my <u>due process</u>, and when rectified with the weight of the evidence put forth by myself along with all of the other documents, This shows clear disregards of substantive due process.

4. Therefore the prerequisite <u>some evidence</u> is lacking to support the charges. And no reasons for disregarding the exculpatory evidence was given as is required by law.

5. The only basis given for the decision resulted from taking the reporting officer's charge itself as the grounds of guilt, Yet the I.D.O.C. and case law agree that "some evidence" must verify the charge beyond the reporting officer's claim.

6. The law is well settled on these points without which the punishment rendered becomes a violation of my constitutional rights.

Wherefore if these facts are insufficient to establish the non-frivilous nature of this claim, I would respectfully request guidance from this court as to the concerns of frivolity this court would have concerning this claim.

Dated on the 8-19-05

Respectfully,
Richard L. Fuller.

(Original)

The Circuit Court of the
Seventh (7Th) Judicial Circuit
Sangmon County, State of Illinois

# AFFIDAVIT

I Richard L. Fuller being first duly sworn on oath deposes and says:

That I have put forth this motion stating why I should receive justice in this case, And be granted substantive due process.

A notice of appeal was received by the Clerk of the Cental, District on June 17, 2005

On July 7, 2005 I was given until August 21, 2005 by this Honorable Court to file my response to Judge Baker request.

Due to a honest human mistake, though dated on time and sent out on time the respons motion was address to the wrong court house. I truly pray that this Honorable court can bare my misconceivings.

## Verification by certification (735 ILCS 5/1-109

Under penalties as provided by law pursuant to section 1-109 of the Code of civil procedure, the undersigned certifies that the statement's set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, as to such matters the undersigned certifies as a for said that he verily believes the same to be true.

Richard L Fuller, Pro Se

Richard L Fuller
P.O. Box 31
Lawrence