To THE
Circuit Court of the Seventh (7Th)
Judicial Circuit of Sangamond
State of Illinois

Richard L. Fuller
Plaintiff

-VS-

05-CV-3085

Warden, Larry T. Sims
Director, Roger E. Walker
Case officer Stephainie Gettleman
Turley, Lieutenant;

FILED
OCT 12 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Status

Now comes the Plaintiff, Richard L. Fuller And respectfully moves this honorable court of provide the Plaintiff with the status of the motion he sent to the courts back in August the 17, 2005. Concerning, Judge Bakers motion sighting "good faith" grounds for an appeal. The Plaintiff was given 21 days to submit a statement as to why he should be allowed to file his complaint. The Plaintiff did file a written motion indeed to the courts on August 19, 2005 explaining why he should be allowed to proceed with his complaint. The Plaintiff has yet to receive a response from the court concerning the August 21, 2005 dead-line from the courts. Under 28 U.S.C " 19P (a)(3),

This motion is file to assure that there is effective and appropriate treatment of my issues and case concerning my appeal, not for purposes of delay.

Richard L. Fuller
Richard L. Fuller, Pro Se

Dated on Oct 10, 2005