E-FILED
Monday, 07 November, 2005  01:52:08 PM
Clerk, U.S. District Court, ILCD

In The
Circuit Court of the Seventh (7th)
Judicial Circuit of Sangamond
State of Illinois

Richard L. Fuller
　　Plaintiff

-VS-

Warden, Larry T. Sims
Director, Roger E. Walker
Corr. Officer Stephaine Gettleman
Lieutenant Turley

Case No. 3:05-cv-3085

FILED
NOV 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF IL

## Motion of Status

Now comes the Plaintiff, Richard L. Fuller And respectfully moves this honorable court to issue a status report concerning the good faith, <u>Order</u> issued by Judge Harold A. Baker, Judge Harold A. Baker felt that the Plaintiff Richard L. Fuller was not filing his <u>Complaint</u> in good faith, although all per-sented evidence weighed truly heavyer in the Plaintiff favor, the Judge still felt that the Plaintiff Richard L. Fuller explain why he should be allowed to file a complaint against the above named indiviauls for being able to write a ticket which was frivolous as well as pertained no merits and <u>do not</u> meet Ill, ADM coDes nor State Law, Federal Law

put was allowed to stick. So now at this time the Plaintiff is still seeking the status of his issues and Motion of status concern- the good faith requirement requested by Judge Harold A. Baker which was never received by the Plaintiff since the filing date by the Plaintiff on 8-19-2005.

This motion is made to assure that there is effective and appropriate treatment of my motion of status, not for purposes of delay

## AFFIDAVIT OF SERVICE

I, Richard L. Fuller declare under penalties as provided by law pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109 of the Code of Civil procedure, that I am the named party to this legal action, have read the attached documents and attest to the statements and information therein is true and correct- except as to matters therein stated to be on in- formation and belief, and as to such matters I certify that I believe the same to be true; mailed from the Lawrence Corr. Ctr. on the ___ Day of November 2005  *Richard L. Fuller*

Richard L Fuller