# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: December 5, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
United States Courthouse & Federal Building
Springfield, IL 62701

FROM: Gino J. Agnello, Clerk

RE: 05-2908
Fuller, Richard L. v. Sims, Larry T.
05 C 3085, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:     Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 12/8/05                            s/ C. Cathcart
(1202-052495)                            Deputy Clerk, U.S. District Court



# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: December 5, 2005

By the Court:

No. 05-2908

RICHARD L. FULLER,
      Plaintiff - Appellant

  v.

LARRY T. SIMS, Warden, STEPHANIE GETTLEMAN, Correctional
Officer at Logan Correctional Center, LIEUTENANT TURLEY, et al.,
      Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 3085, Harold A. Baker, Judge

    The pro se appellant was **DENIED** leave to proceed on appeal in forma pauperis by the district court on 10/14/05. The pro se appellant has neither paid the $255 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the appellate court as prescribed in Fed. R. App. P. 24(a). Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $255 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).


(1241-PLRA(g)-110597)


A True Copy:
Teste:

_Jeanett Koprowski_ deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit