# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**RICHARD L. FULLER**

vs.  Case Number: **05-3085**

**LARRY T. SIMS, et al.**

### ORDER

    Pursuant to the **12/8/05** mandate, in appellate case number **05-2908**, from the United States Court of Appeals, Seventh Circuit, **d/e 15**, the agency having custody of the plaintiff, **Richard L. Fuller,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available. If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 9th day of December, 2005.

s/ Harold A. Baker
_____
HAROLD A. BAKER
U.S. District Judge